IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV49 |
| | ) | |
| V. | ) | |
| | ) | |
| STATE OF NEBRASKA, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Respondent. | ) | |

On February 3, 2016, the court conducted an initial review of Billy Tyler's ("Tyler") Petition for Writ of Habeas Corpus. (Filing No. 4.) The court concluded that Tyler's petition was insufficient and gave Tyler 30 days to file an amended petition. Rather than file an amended petition, Tyler opted to file an "appeal" with the Eighth Circuit Court of Appeals. (Filing No. 5.) The Eighth Circuit dismissed the appeal on April 21, 2016. (Filing No. 13.)

On the court's own motion, Tyler will be given until May 25, 2016 to file an amended petition for writ of habeas corpus. Failure to do so will result in dismissal of this action without further notice.

IT IS ORDERED:

1. Tyler is directed to file an amended petition for writ of habeas corpus by May 25, 2016. Failure to comply with this Memorandum and Order will result in dismissal of the case without further notice.

2. The clerk of court is directed to set a pro se case management deadline in this matter with the following text: May 25, 2016: Check for amended petition.

DATED this 25th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge